IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Filed in Open Court
4/7/23
Skyler B. O'Hara
By _____ Deputy

| | |
|---|---|
| SHANNA M. LAMBING, | ) |
| Petitioner, | ) ) ) CIVIL ACTION |
| v. | ) ) No. 21-2184-JWB |
| BERKLEY INSURANCE, CO., | ) ) |
| Respondent. | ) ) |

## JUDGMENT IN A CIVIL CASE

( x )   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(   )   **DECISION BY THE COURT.** This action came to decision by the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the verdict rendered by the jury on April 7, 2023, that judgment is entered in favor of Plaintiff, Shanna M. Lambing against Defendant, Berkley Insurance Company, in the amount of $43,462.03 in back pay damages.

**IT IS FURTHER ORDERED**, Plaintiff, Shanna M. Lambing is awarded $100.000.00 in compensatory damages for pain, suffering, and mental anguish.

**IT IS FURTER ORDERED**, Plaintiff, Shanna M. Lambing is awarded $220, 000.00 in punitive damages, for a total of $363,462.03, and post judgment interest at the rate of 4.51% per annum.

Dated: 4/7/2023                         SKYLER O'HARA, CLERK
                                        s/Yolanda Holman
                                        Deputy Clerk

1