IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHANNA M. LAMBING,<br><br>**Plaintiff,**<br><br>vs.<br><br>BERKLEY INSURANCE COMPANY,<br><br>**Defendant.** | Case No. 2:21-cv-02184-JWB |

**PLAINTIFF'S MOTION FOR AN AWARD OF**
**ATTORNEY FEES, COSTS, AND OTHER LITIGATION EXPENSES**

COMES NOW plaintiff and, pursuant to 42 U.S.C. § 2000e-5(k), Fed. R. Civ. P. 54(d)(2), and Local Rules 54.1 and 54.2, moves the Court for an award of attorney fees, costs, and other litigation expenses as the prevailing party in this case. In support of this motion, plaintiff states:

1. Plaintiff submits this motion pursuant to Fed. R. Civ. P. 54 and Local Rules 54.1 and 54.2, and as authorized by 42 U.S.C. § 2000e-5(k), to formally initiate the process of awarding her reasonable attorney fees, court costs, and other litigation expenses as the prevailing party in this Title VII case by virtue of the Judgment entered herein on April 7, 2023 (ECF 99).

2. The initial estimate of fees, costs, and litigations expenses sought is $680,000.00, consisting of approximately $671,000.00 in attorney fees, $7,500.00 in court costs, and $1,500.00 in other litigation expenses.

3. Pursuant to Local Rule 54.2(a), counsel for plaintiff initiated the consultation process toward the goal of reaching a stipulation regarding attorney fees, costs, and other litigation expenses by sending an email to defense counsel on April 11, 2023.

4. On April 14, 2023, counsel for the parties commenced the consultation process with a lengthy telephone conference and agreed to confer further in an attempt to reach a stipulation in lieu of filing a formal memorandum pursuant to Local Rule 54.2(e).

5. Subsequently, per an email exchange on April 19-20, 2023, counsel agreed to continue the consultation process during the week of April 24, 2023 and generally agreed to continue and exhaust their good faith dialog over the next few weeks.

6. If the parties are able to reach agreement, they will promptly file an appropriate stipulation and request for an order pursuant to Local Rule 54.2(b).

7. If the parties are unable to reach an agreement within 30 days of the date of this motion, plaintiff will submit a detailed Statement of Consultation and Memorandum pursuant to Local Rule 54.2(c)-(e).

8. In summary, this motion is submitted within 14 days of entry of judgment pursuant to Fed. R. Civ. P. 54(d)(2) to comply with the deadline set forth therein and, further, to notify the Court that the parties have commenced and will continue good faith discussions pursuant to Local Rule 54.2 toward the goal of reaching a stipulation regarding attorney fees, costs, and other litigation expenses in favor of plaintiff.

Respectfully submitted,

SCHUMAKER CENTER FOR EMPLOYMENT LAW, P.C.

By:   */s/ Larry M. Schumaker*
      Larry M. Schumaker      D. Kan. #70450

800 East 101st Terrace, Suite 350
Kansas City, Missouri 64131
Telephone:   816.941.9994
Mobile:        816.305.0027
E-mail:        lms@schumakercenter.com

SIRO SMITH DICKSON PC

By:     */s/ Eric W. Smith*
        Eric W. Smith     KS #16539

1621 Baltimore Avenue
Kansas City, Missouri 64108
816.471.4881 (Tel)
816.471.4883 (Fax)
esmith@sirosmithdickson.com

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kimberly A. Jones (kim@sbhlaw.com)
Daniel O. Ramón (danny@sbhlaw.com)
SEYFERTH BLUMENTHAL & HARRIS LLC
4801 Main Street, Suite 310
Kansas City, MO 64112
ATTORNEYS FOR DEFENDANT

        /s/ *Larry M. Schumaker*
        Attorney for Plaintiff